AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

**EASTERN** District of **ARKANSAS**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 28 2008
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>WILLIE B. AUSTIN | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: 4:06CR00023 JLH<br>USM Number: 11770-042<br><br>Jerome Kearney<br>Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  2, General, 3, Special, 6  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to report to probation office within 72 hours of BOP release | December 11, 2007 |
| General | Unlawful use of a controlled substance | March 6, 2008 |
| 3 | Failure to truthfully answer inquiries of probation officer | June, 2008 |
| Special | Failure to participate and successfully complete in-patient substance abuse treatment program | July 17, 2008 |
| 6 | Failure to notify probation officer 10 days prior to change in residence | July 3, 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  XXX-XX-9037

Defendant's Date of Birth:  1952

Defendant's Residence Address:

West Helena, Arkansas

Defendant's Mailing Address:

same as above

August 28, 2008
Date of Imposition of Judgment

_[signature]_
Signature of Judge

J. LEON HOLMES, U.S. DISTRICT JUDGE
Name and Title of Judge

August 28, 2008
Date

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT: WILLIE B. AUSTIN
CASE NUMBER: 4:06CR00023 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**SIX (6) MONTHS WITH NO SUPERVISED RELEASE TO FOLLOW**

X   The court makes the following recommendations to the Bureau of Prisons:
    **The Court recommends the defendant participate in residential or nonresidential substance abuse treatment during incarceration.**

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL